## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**  
Clerk

**JOHN M. DOMURAD**  
Chief Deputy

**DAN MCALLISTER**  
Chief Deputy

Alexander Pirnie Federal Building  
10 Broad Street  
Utica NY 13501  
(315) 793-8151

November 13, 2017

Gary J. Malone, Esq. (first admission requirement sent on 9/13/2017)  
Harrison J. McAvoy, Esq.  
Margaux Poueymirou, Esq.  
Constantine Cannon LLP  
335 Madison Avenue, Fl. 9  
New York, NY 10017

RE: Doe vs. Zucker, et al.  
NYND CASE NO. 1:17-CV-1005(GTS/CFH)

Dear Sir or Madam:

Please be advised that the reply in further support of the motion to dismiss was filed on November 6, 2017, in the Northern District of New York. If attorneys Gary J. Malone, Harrison J. McAvoy, and Margaux Poueymirou would like to continue to appear in this Court via motion papers, they will need to seek either permanent or pro hac vice admissions, or their names should be removed from future filings. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required. The attorney admission forms can be found on our website at:  
http://www.nynd.uscourts.gov/attorney-admissions.

The parties are advised that all future filings and inquires should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

LAWRENCE K. BAERMAN, CLERK

By: s/ Susan Evans  
Case Processing Specialist

Encs.  
cc: All counsel of record (via CM/ECF)  
    NDNY File