# CONSTANTINE CANNON LLP

**Robert L. Begleiter**
212-350-2707
rbegleiter@constantinecannon.com

NEW YORK | WASHINGTON | SAN FRANCISCO | LONDON

November 22, 2017

**BY ECF & MAIL**

Lawrence K. Baerman
Clerk of Court, Northern District of New York
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501

      Re:    *Doe v. Zucker et al.*
              No. 17-CV-1005 (GTS)(CFH)

Dear Mr. Baerman,

    In response to your letter dated November 13, 2017, I write to inform you that the following persons do not wish to be included as counsel of record in the above captioned case: Gary J. Malone, Harrison McAvoy, and Margaux Poueymirou.

    Thank you for your attention to this matter.

                                                       Very truly yours,

                                                       *Robert L. Begleiter*

                                                       Robert L. Begleiter

cc:    all counsel (via ECF)