UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHN DOE, a fictitious name,

                Petitioner,

v.                                                1:17-CV-1005 (GTS/CFH)

HOWARD ZUCKER, M.D., in his official capacity
as Commissioner of Health of the State of New York,

                Respondent.
_____

APPEARANCES:                                    OF COUNSEL:

O'CONNELL & ARONOWITZ              JEFFREY J. SHERRIN, ESQ.
  Counsel for Petitioner                       MICHAEL Y. HAWRYLCHAK, ESQ.
54 State Street, 9th Floor
Albany, NY 12207

CONSTANTINE CANNON LLP             ROBERT LOUIS BEGLEITER, ESQ.
  Counsel for Respondent                  GARY MALONE, ESQ.
335 Madison Avenue, 9th Floor           HARRISON McAVOY, ESQ.
New York, NY 10017                          MARGAUX POUEYMIROU, ESQ.
                                                    MATTHEW J. KOENIG, ESQ.
                                                    NOELLE M. YASSO, ESQ.

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

This action, filed by John Doe ("Petitioner") against New York State Commissioner of Health Dr. Howard Zucker ("Respondent"), returns to this Court following the Second Circuit's issuance of a Mandate on March 7, 2025, vacating this Court's Order of June 30, 20203, and remanding this case with instructions to dismiss Petitioner's Amended Verified Petition for lack of subject-matter jurisdiction. (Dkt. No. 277.) For the reasons stated in the Second Circuit's Mandate, this Court dismisses Petitioner's Amended Verified Petition for lack of subject-matter

jurisdiction. (*Id*.) Furthermore, because Petitioner's Amended Verified Petition is being dismissed for lack of subject-matter jurisdiction due to mootness, that dismissal is without prejudice. *See, e.g., U.S. v. Hamburg-Amerikanische Packet-Fahrt-Actien Gesellschaft*, 239 U.S. 466, 477-78 (1916); *Seijas v. Republic of Argentina*, 391 F. App'x 901, 903 (2d Cir. 2010); *Bryant v. Wyman*, 419 F.2d 109, 110 (2d Cir. 1969); *Amador v. A/S Ludwig Mowinckels Rederi*, 224 F.2d 437, 441-42 (2d Cir. 1955).

**ACCORDINGLY**, it is

**ORDERED** that Petitioner's Amended Verified Petition (Dkt. No. 161) is **DISMISSED without prejudice** for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1); and it is further

**ORDERED** that the Clerk of the Court shall issue a Judgment for Respondent and close this action.

Dated: March 25, 2025
Syracuse, New York

Glenn T. Suddaby
U.S. District Judge